IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMERISOURCEBERGEN DRUG
CORPORATION                                                                              PLAINTIFF

V.                        NO.  5:06-MC-00053-JLH

RANDALL MEIER                                                                            DEFENDANT

### O R D E R GRANTING MOTION FOR CHARGING ORDER

Now on this 19th day of April 2007, comes on for hearing the motion for charging order filed by the judgment creditor AmeriscourceBergen Drug Corporation (ADC) who is represented by Stanley Bond.  The judgement debtor Randall Meier (Meier) represented by Bob Estes.  With all facts and matters before the court, together with the representations of counsel, the court finds and concludes as follows:

1.  Pursuant to section  4-43-703 Ark. Code Ann., the judgement creditor herein is entitled to the entry of an order charging the partnership interest on the judgment debtor Randall Meier in CARM Limited Partnership LLLP (CARM), CARM Management LLC(CARM Management) and the Randall & Christine Meier Revocable Trust (Meier Trust) as set forth in Meier's schedule of personal property for payment toward the satisfaction of the judgement in favor of the judgment creditor ADC, and such charging order is hereby rendered.

2.  Pursuant to section 4-43-701 Ark. Code Ann. the judgment debtor's interest in CARM, CARM Management, and the Meier Trust is personal property of the debtor, and the debtor has so scheduled such partnership and trust interest and claimed no part of his interest as exempt; that by separate order it is found and concluded that Meier's partnership interest in CARM and CARM Management is not exempt, nor is his interest in the Meier Trust; therefor,

the judgment creditor Amerisource is entitled to the entry of a charging order and such order is hereby rendered.

      3. A judgment has been registered according to law in this court against the judgment debtor Meier, for $1,342,200.68, together with interest and other legal costs accrued, and this judgment remains unsatisfied.  The plaintiff judgement creditor alleges, and the court so finds, that there is reason to believe that CARM, CARM Management and the Meier Trust are indebted tot eh judgment debtor or possess goods, chattels, moneys, credits, or effects belonging to the judgment debtor.

      4. The subjects of this charging order, CARM, CARM Management and the Meier Trust are directed to prepare a written answer, under oath, and to file this answer in the office of the Clerk, United States District Court for the Western District of Arkansas, 35 E. Mountain Street, Fayetteville, AR 72701 within TWENTY (w0) days from the date on which it is served with this charging order.  The written answer should contain a statement of what good, chattels, moneys, credits, or effects CARM, CARM Management and the Meier Trust may possess belonging to the judgment debtor to satisfy this judgment.  Unless CARM, CARM Management or the Meier Trust file such written answer within Twenty (20) days, judgment may be rendered against them for the stated amount, together with court costs of this action.

      5. In addition, CARM, CARM management and the Meier Trust are required to answer any further interrogatories that may be propounded.

      6. There are federal restrictions on the amount that the partnership may withhold from an employee's pay.  Please consult Wage-Hour Publication No. 1279, obtainable from the United States Department of Labor, Wage and Hour Division.

      7. CARM, CARM Management and the Meier Trust should not pay any money to

transfer any property to the Clerk, but should hold the money or property until a Court order directs it to be released to the judgment creditor.

IT IS SO ORDERED this 29th day of May 2007.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge